SWARTHOUT, Appellant, v. CULVER et al., Respondents. (Supreme Court, Appellate

Division, Fourth Department. January 3, 1906.) Action by Glenwood Swarthout, an infant, etc., against Nettie Culver and another.

PER CURIAM. Judgment affirmed, with costs.

NASH, J., not sitting.